**In The United States District Court**

**For The Eastern District of Pennsylvania**

| | | |
|---|---|---|
| | : | |
| JONATHAN FRANCISCO | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **No. 5:25-cv-05775** |
| | : | |
| LANCASTER COUNTY, et al., | : | |
| | : | **The Honorable Joseph F. Leeson, Jr.** |
| | : | |
| **Defendants** | : | |
| | : | |

## MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANT, OFFICER SHANE JOHNSON

COMES NOW Defendant, Officer Shane Johnson ("Officer Johnson"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(c), to file this Motion for Judgment on the Pleadings, as the First Amended Verified Complaint of Plaintiff Jonathan Francisco raises no facially plausible claims against Officer Johnson. For the reasons set forth in the accompanying brief, Defendant, Officer Johnson, respectfully requests this Honorable Court GRANT the instant motion and DISMISS Plaintiff's First Amended Verified Complaint WITH PREJUDICE.

Respectfully Submitted,

**/s/Andrew Bellwoar**
Andrew Bellwoar, Esquire
PA ID # 54096
126 W. Miner Street
West Chester, PA 19382
Abellwoar@bellwoarkelly.com
610-314-7066
Attorney for Defendant, Officer Shane Johnson

Date: _____

1