**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JONATHAN FRANCISCO,                                    :
                              Plaintiff,               :
                                                       :         No. 5:25-cv-5775
              v.                                       :
                                                       :
DIRECTOR GARY KLINE *OF THE LANCASTER*                 :
*COUNTY DOMESTIC RELATIONS SECTION*                    :
*(DRS) IN HIS OFFICIAL CAPACITY*; COUNTY               :
OF LANCASTER, PENNSYLVANIA; OFFICER                    :
SHANE JOHNSON *IN HIS INDIVIDUAL*                      :
*CAPACITY*; DOMESTIC RELATIONS SECTION                 :
OF LANCASTER COUNTY,                                   :
                              Defendants.              :

## O R D E R

**AND NOW**, this 29th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants DRS and Kline's Motion, ECF No. 37 is **GRANTED**.

2. To the extent that Defendants DRS and Kline seek to amend the Motion to Dismiss to add a certificate of non-concurrence, the Motion to Amend, ECF No. 38, is **GRANTED**.

3. Officer Shane Johnson's Motion for Judgment on the Pleadings, ECF No. 42, is **GRANTED**.

4. The County of Lancaster's and Kline's Motion for Judgment on the Pleadings, ECF No. 44, is **GRANTED**.

5. Plaintiff's Motions for Preliminary Injunction, ECF Nos. 6, 20, 43, are **DISMISSED with prejudice**.

6. The Amended Complaint, ECF No. 14, is **DISMISSED with prejudice**.

7.  The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*

JOSEPH F. LEESON, JR.
United States District Judge

062926