**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONATHAN FRANCISCO,<br>Plaintiff,<br><br>v.<br><br>DIRECTOR GARY KLINE *OF THE LANCASTER COUNTY DOMESTIC RELATIONS SECTION (DRS) IN HIS OFFICIAL CAPACITY*; COUNTY OF LANCASTER, PENNSYLVANIA; OFFICER SHANE JOHNSON *IN HIS INDIVIDUAL CAPACITY*; DOMESTIC RELATIONS SECTION OF LANCASTER COUNTY,<br>Defendants. | : | No. 5:25-cv-5775 |

**O R D E R**

**AND NOW**, this 2nd day of September, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion, ECF No. 52, is **DENIED**.

2. The case shall **REMAIN** closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*

JOSEPH F. LEESON, JR.
United States District Judge